UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

           - v. -                 :    INDICTMENT

    ADALGISA MONTILLA,            :    19 CRIM 493

                Defendant.        :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE
(Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about March 2019 up to and including in or about April 2019, in the Southern District of New York and elsewhere, ADALGISA MONTILLA, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ADALGISA MONTILLA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that ADALGISA MONTILLA, the defendant, conspired to distribute and possess with intent to distribute was 1 kilogram and more of mixtures and substances

JUDGE CARTER

containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Indictment, ADALGISA MONTILLA, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____   _____
FOREPERSON       7/2/19      GEOFFREY S. BERMAN
                             United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ADALGISA MONTILLA,

Defendant.

### INDICTMENT

19 Cr.

(21 U.S.C. § 846.)

A TRUE BILL

_____
Foreperson