# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

November 26, 2019

**BY ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-5-19

Re: United States v. Adalgisa Montilla
19 Cr. 493 (ALC)

Dear Judge Carter:

I write on behalf of my client, Adalgisa Montilla, to respectfully request a modification of the bond conditions in this case to remove location monitoring as a condition of her release. The government has no objection to this request.

This request was prompted by a recommendation from my client's pretrial services officer, and is based on Ms. Montilla's "excellent compliance with all conditions." Pretrial also notes that location monitoring was not part of its original recommendation for Ms. Montilla.

Thank you for your kind consideration of this request.

Respectfully,

Sarah Kunstler
Attorney for Adalgisa Montilla

CC: AUSA Ryan Finkel
Pretrial Services Officer Bernisa M. Mejia

The application is ✓ granted.
___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: December 5, 2019
NY, New York