MEMO ENDORSED

# LAW OFFICE OF SARAH KUNSTLER
315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

December 10, 2019

**BY ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-11-19

Re: United States v. Adalgisa Montilla
19 Cr. 493 (ALC)

Dear Judge Carter:

I write in furtherance of my December 5, 2019 request on behalf of my client, Adalgisa Montilla, to respectfully request a 60-day adjournment of the status conference scheduled for Thursday, December 12, 2019, so that the parties can continue their negotiations for a disposition. The government has no objection to this request. In my December 5th letter, I neglected to include that the parties agree to an exclusion of time in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) for the proposed 60-day adjournment period.

Thank you for your kind consideration of this request.

Respectfully,

Sarah Kunstler
Attorney for Adalgisa Montilla

CC: AUSA Ryan Finkel

Application granted. Status conference adjourned to 2-12-20 at 10:00 a.m. Time excluded.
So Ordered.
Andrew L. Carter
12-10-19