USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: /- 7-2 0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                        ORDER
                                                        19-CR-493 (ALC)

-against-

Adalgisa Montilla,

                      Defendant(s)
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

A Change of Plea Hearing is scheduled for **January 15, 2020 at 3:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
       January 7, 2020

                                                  ANDREW L. CARTER, JR.
                                                  UNITED STATES DISTRICT JUDGE