EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
United States of America,

                                       **ORDER**

                                         19-CR-493 (ALC)

-against-

Adalgisa Montilla,

----------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

The status conference scheduled for February 12, 2020 at 10:00 a.m. is **adjourned without a date.**

SO ORDERED.

Dated: New York, New York
February 6, 2020

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-6-20