# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK
(718) 783-3682 • FAX (347) 402-2014 • KUNST

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4/14/2020_____

April 14, 2020

**BY ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Application **GRANTED**. Sentencing
adjourned to 7/8/20 at 3:00 p.m.

**SO ORDERED.**

Re:     United States v. Adalgisa Montilla
          19 Cr. 493 (ALC)

Dear Judge Carter:

I write to respectfully request a 45-day adjournment of the upcoming sentence of Adalgisa Montilla, currently set for May 15, 2020. Given the restrictions currently in place in New York under the COVID-19 virus, counsel is unable to access needed records or collect letters of support in a timely fashion.[1] This is my first request for an adjournment of sentence. The government has no objection to this request.

Accordingly, I respectfully request an adjournment of sentence until June 29, 2020, or as soon thereafter as is practical for the Court.

Thank you for your kind consideration of this request.

Respectfully,

Sarah Kunstler
Attorney for Adalgisa Montilla

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 14, 2020

---

[1] If New York City remains shut down in the coming months, it be necessary to come back to the Court seeking further adjournment of Ms. Montilla's sentence.