# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

April 14, 2020

**BY ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___6/19/20___

Re:     United States v. Adalgisa Montilla
        19 Cr. 493 (ALC)

Dear Judge Carter:

I write to respectfully request a 60-day adjournment of the upcoming sentencing of Adalgisa Montilla, currently set for July 8, 2020. This is my second request for an adjournment of sentence. The government has no objection to this request.

Given restrictions currently in place in New York City, counsel is still in the process of obtaining needed records and collecting letters of support to aid the Court in its sentencing function. Further, given that the first phase of the SDNY's four-phase COVID-19 reopening plan for Manhattan courts has not yet begun, it is not likely an in-person sentencing on July 8 would even be possible.

Accordingly, I respectfully request an adjournment of sentence until September 7, 2020, or as soon thereafter as is practical for the Court.

Thank you for your kind consideration of this request.

Respectfully,

Sarah Kunstler
Attorney for Adalgisa Montilla

CC:     AUSA Ryan Finkel

The application is granted.   Sentencing adjourned to 9/14/20 at 10:00 a.m.
So Ordered.

6/19/20