```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-16-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America,

                -against-

Adalgisa Montilla,
------------------------------------------------------------X

**ORDER**

**19-CR-493 (ALC)**

ANDREW L. CARTER, JR., United States District Judge:

      The Sentencing scheduled for October 22, 2020 is adjourned to **January 14, 2021** at **11:30 a.m.**

      SO ORDERED.

Dated: New York, New York
       October 16, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**