USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/30/20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

**ORDER**

**19-CR-493 (ALC)**

-against-

Adalgisa Montilla,

-------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

   The Sentencing scheduled for January 14, 2021 is adjourned to **April 8, 2021** at 12:00 p.m.

   SO ORDERED.

Dated: New York, New York
       December 30, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE