```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 3-25-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                  **ORDER**

                                  19-CR-493 (ALC)

       -against-

Adalgisa Montilla,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing scheduled for April 8, 2021 is adjourned to **June 28, 2021** at **11:00 a.m.**

    SO ORDERED.

Dated: New York, New York
       March 25, 2021

                                        */s/ Andrew L. Carter, Jr.*
                                        **ANDREW L. CARTER, JR.**
                                        **UNITED STATES DISTRICT JUDGE**