```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         Plaintiff,

        -against-

ADALGISA MONTILLA,

                       Defendant.
-------------------------------------------------------------------- x

19-CR-493 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for June 28, 2021 is adjourned to **July 15, 2021** at **3:30 p.m.**

**SO ORDERED.**

**Dated:**      **New York, New York**
               **June 15, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**