**MEMO ENDORSED**

# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

November 17, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/13/21

**BY ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Adalgisa Montilla
      19 Cr. 493 (ALC)

Dear Judge Carter:

    I am writing on behalf of my client, Adalgisa Montilla, who was sentenced on July 16, 2021 to a term of Probation, to request that the Court order Pretrial Services to return Ms. Montilla's passports to her. Neither Probation nor the Government has any objection to this request.

    As a condition of bail, Ms. Montilla surrendered three (3) expired passports and one (1) current passport. Pretrial services has given me 30 days, or until December 15, 2021 to seek this order; without such an order, they will return the passports to the issuing agencies.
.

    Thank you for your kind attention to this request

Respectfully,

*Sarah Kunstler*

Sarah Kunstler
Attorney for Adalgisa Montilla

CC:   AUSA Ryan Finkel, Esq.
      Probation Officer Megan Henriquez

**SO ORDERED:**

*Andrew T Carter*  12/10/21
_____

**HONORABLE ANDREW L. CARTER, JR.**
United States District Judge